Decided November 3, 2005

### WILLIAM L. MAYER *v.* TOWN OF EAST HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court (AC 25244) is denied.

*Thomas E. Farver*, in support of the petition.

*David C. Davis*, in opposition.

Decided November 3, 2005

### DARRYL WHITAKER *v.* COMMISSIONER OF CORRECTION

The petitioner Darryl Whitaker's petition for certification for appeal from the Appellate Court, 90 Conn. App. 460 (AC 24485), is denied.

*Temmy Ann Pieszak*, chief of habeas corpus services, in support of the petition.

Decided November 9, 2005

### ALLYSON J. ZITNAY *v.* JUSTYN F. ZITNAY

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 71 (AC 25668), is denied.

*Justyn F. Zitnay*, pro se, in support of the petition.

Decided November 9, 2005